# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
### * * * * * * * * *

| | |
|---|---|
| TRUSTEES OF THE MICHIGAN LABORERS' PENSION FUND, MICHIGAN LABORERS' HEALTH CARE FUND, MICHIGAN LABORERS' VACATION FUND, MICHIGAN LABORERS' TRAINING FUND, MICHIGAN LABORERS' ANNUITY FUND, and the MICHIGAN LABORERS' AND EMPLOYERS COOPERATION TRUST FUND, | Case No.: 03-74906<br><br>Honorable Julian Abele Cook, Jr.<br>U.S. District Judge |

      Plaintiffs,

v.

BALES, INC., f/k/a BALES TRUCKING, INC., a Michigan Corporation, and HOWARD M. BALES, jointly and severally,

      Defendants.

___

## ORDER GRANTING SUBSTITUTION OF ATTORNEYS

This matter having come before this Court upon request of Plaintiffs, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Scott Graham of Howard & Howard Attorneys, P.C., be substituted as counsel for Plaintiffs, in place of Michael P. Bartnicki of Miller & Bartnicki, P.C.

Dated: December 22, 2005            s/ Julian Abele Cook, Jr.
                                             Honorable Julian Abele Cook, Jr.
                                             United States District Court Judge

### Certificate of Service

```
    I hereby certify that on December 22, 2005,  I
electronically filed the foregoing with the Clerk of the Court
using the ECF system, and I further certify that I mailed a copy
to the non-ECF participant(s).
                                  s/ Kay Alford
                                  Courtroom Deputy Clerk
```